UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| NRZ INVENTORY TRUST,<br>U.S. BANK NATIONAL<br>ASSOCIATION AS TRUSTEE<br><br>      Plaintiff<br><br>      v.<br><br>TODD A. BISBEE<br><br>      Defendant<br><br>DIANNA BISBEE,<br><br>      Party-In-Interest | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 2:24-cv-97-LEW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Now comes the Plaintiff, NRZ Inventory Trust, U.S. Bank National Association as trustee, and the Defendant, Todd A. Bisbee, and Party of Interest Dianna Bisbee and hereby submit this Consent Judgment of Foreclosure and Sale.

Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff pursuant to the Settlement agreement between the parties. **JUDGMENT** on Count I - Foreclosure and Sale is hereby **ENTERED** as follows:

If the Defendant or his/her heirs or assigns pay NRZ Inventory Trust, U.S. Bank National Association as trustee ("U.S. Bank Trust National Association") the

1

amount adjudged due and owing ($357,825.39) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, U.S. Bank Trust National Association shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $219,675.10 |
| Interest | $63,747.68 |
| Escrow Advance | $55,285.96 |
| Suspense Balance | $-926.56 |
| Recoverable Corporate Advance Balance | $16,643.31 |
| Total NSF Charge Fee Amount | $20.00 |
| Total Accumulated Late Charge Amt | $3,379.90 |
| Grand Total | $357,825.39 |

1. If the Defendant or his/her heirs or assigns do not pay U.S. Bank Trust National Association the amount adjudged due and owing ($357,825.39) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the South Paris Property shall terminate, and U.S. Bank Trust National Association shall conduct a public sale of the South Paris Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $357,825.39 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank Trust National Association may not seek a deficiency judgment against them pursuant to the Plaintiffs waiver of

deficiency. Defendant and any occupants (if applicable) hereby agree to vacate the subject real property located at 186 Elm Hill Road, South Paris, ME 04281 in broom-clean condition **on or before January 31, 2025,** in exchange for Plaintiffs waiver of deficiency, and an agreement of an extended vacate date of January 31, 2025. Defendant hereby also agrees to execute a Consent Writ of Possession, which Plaintiff will hold in escrow, and Plaintiff will only file said Consent Writ of Possession, in the event the Defendant and/or other occupants have not vacated the subject premises by the agreed upon vacate date of **January 31, 2025.**

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $357,825.39 and the mortgage loan is in default, as a result of the Defendant, Todd A. Bisbee, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage.

4. NRZ Inventory Trust, U.S. Bank National Association as trustee has

first priority, in the amount of $357,825.39, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant and Party-in-Interest Dianna Bisbee who have second priority.

5. The prejudgment interest rate is 4.25%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.55%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue - December 2023, 4.55% plus 6% for a total post-judgment interest rate of 10.55%).

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | NRZ Inventory Trust, U.S. Bank National Association as trustee<br>425 Walnut Street<br>Cincinnati, OH 45202 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Todd A. Bisbee<br>186 Elm Hill Road<br>South Paris, ME 04281 | Pro Se |
| PARTIES-IN-INTEREST | Dianna Bisbee<br>186 Elm Hill Road<br>South Paris, ME 04281 | Pro Se |

a) The docket number of this case is No. 2:24-cv-00097-LEW.

b) The Defendant, the only parties to these proceedings besides U.S. Bank Trust National Association, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 186 ELM Hill Road, South Paris, ME 04281, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 186 Elm Hill Road, South Paris, ME 04281.  The Mortgage was executed by Todd A.

5

Bisbee and Paul Bisbee on December 7, 2006.  The book and page number of the Mortgage in the Oxford County Registry of Deeds is Book 4062, Page 55.

e) The Defendant, Todd A. Bisbee, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage.

f) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 186 Elm Hill Road, South Paris, ME 04281.

**SO ORDERED**

Dated this 13th Day of December, 2024.

/s/ Lance E. Walker<br>U.S. Chief District Judge

Doc#: 17982
Bk: 4062 Pg: 59

## EXHIBIT 'A'

A CERTAIN LOT OR PARCEL OF LAND, TOGETHER WITH THE BUILDINGS THEREON, SITUATED IN THE TOWN OF PARIS, COUNTY OF OXFORD AND STATE OF MAINE ON THE WESTERLY SIDE OF THE ELM HILL ROAD, SO-CALLED, AND, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT AN IRON PIN DRIVEN INTO THE GROUND ON THE WESTERLY SIDE OF THE ROAD LEADING OVER ELM HILL AND ON THE PROPERTY NOW OR FORMERLY OF SAMUEL TAKER AND AT THE EASTERLY END OF THE STONE WALL; THENCE FOLLOWING FROM SAID IRON PIN ALONG SAID STONE WALL AT RIGHT ANGLES WITH SAID ROAD A DISTANCE OF THREE HUNDRED SEVENTY-FIVE (375) FEET TO ANOTHER IRON PIN DRIVEN INTO THE GROUND; THENCE IN A SOUTHERLY DIRECTION THREE HUNDRED SEVENTY-FIVE (375) FEET AND PARALLEL WITH SAID ROAD TO AN IRON PIN DRIVEN INTO THE GROUND; THENCE AT RIGHT ANGLES AND IN AN EASTERLY DIRECTION THREE HUNDRED SEVENTY-FIVE (375) FEET AND PARALLEL WITH THE FIRST MENTIONED BOUND TO AN IRON PIN DRIVEN INTO THE GROUND ON THE WESTERLY SIDE OF SAID ROAD; THENCE IN A NORTHERLY DIRECTION AND FOLLOWING ALONG SAID ROAD, A DISTANCE OF THREE HUNDRED SEVENTY-FIVE (375) FEET TO THE POINT OF BEGINNING.

MEANING HEREBY TO CONVEY A PIECE OF LAND WITH THE BUILDINGS THEREON OF APPROXIMATELY 375' SQUARE BORDERING ON SAID ROAD. THE ABOVE PARCEL IS BOUNDED ON THE WEST AND NORTH BY LAND FORMERLY OF SAMUEL TAKER, ON THE SOUTH BY LAND FORMERLY OF WILLIAM B. DECOSTER AND ON THE EAST BY THE AFOREMENTIONED TOWN ROAD LEADING OVER ELM HILL.

BEING THE SAME PREMISES CONVEYED TO PAUL BISBEE AND TODD BISBEE BY WARRANTY DEED FROM PAUL BISBEE DATED MARCH 31, 2005 AND RECORDED IN THE OXFORD COUNTY REGISTRY OF DEEDS IN BOOK 3694, PAGE 250.



EXHIBIT A